

United States District Court
Southern District of Texas
ENTERED

FEB 14 1995

Michael N. Milby, Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| Sandra Stanley, | * |
| V | * |
| The Woodlands Athletic Center, | * CIVIL NO.: H-94-3017 |

## ORDER FOR REFERENCE TO
## MAGISTRATE JUDGE MARCIA CRONE

The above styled case is hereby referred to Magistrate Judge Marcia Crone for disposition and/or recommendation on Defendant John Blackburn's Emergency Motion to Quash the Oral Deposition of John Blackburn.........(#10).

The Clerk shall mail a copy of this Order to all Counsel of record.

SIGNED at Houston, Texas, on this  10  day of Feb, 1995.

DAVID HITTNER
UNITED STATES DISTRICT COURT