IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| SANDRA STANLEY | § § | #15 |
| Plaintiff, | § § | |
| VS. | § | CIVIL ACTION NO. H-94-3017 |
| | § | |
| THE WOODLANDS ATHLETIC CENTER, THE WOODLANDS CORPORATION, MITCHELL DEVELOPMENT CORPORATION OF THE SOUTHWEST, AND JOHN BLACKBURN | § § § § § § § | (JURY DEMANDED) |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
ENTERED

FEB 16 1995

Michael N. Milby, Clerk

<u>ORDER</u>

Pursuant to the Stipulation of Dismissal by Plaintiff and Defendants The Woodlands Athletic Center, The Woodlands Corporation, and Mitchell Development Corporation of the Southwest, the above-styled action shall be and is hereby dismissed, with prejudice, as to Defendants The Woodlands Athletic Center, The Woodlands Corporation, and Mitchell Development Corporation of the Southwest, with each party to bear its own costs of court and attorney's fees.

Signed this 15 day of Feb, 1995.

UNITED STATES DISTRICT JUDGE

APPROVED AS TO SUBSTANCE AND
FORM:


_____  _____
ROBERT S. BENNETT          JOHN H. SMITHER
Attorney for Plaintiff     ROBERT W. HORTON
Sandra Stanley             Attorneys for Defendants
                           THE WOODLANDS ATHLETIC CENTER,
                           THE WOODLANDS CORPORATION,
                           MITCHELL DEVELOPMENT
                             CORPORATION OF THE SOUTHWEST


1062:7686
f:\rh1062\mit135\stanley\206-sett.ord

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| SANDRA STANLEY | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. H-94-3017 |
| | § | |
| THE WOODLANDS ATHLETIC | § | (JURY DEMANDED) |
| CENTER, THE WOODLANDS | § | |
| CORPORATION, MITCHELL | § | |
| DEVELOPMENT CORPORATION | § | |
| OF THE SOUTHWEST, AND | § | |
| JOHN BLACKBURN | § | |

Clerk, U.S. District Court
Southern District of Texas
FILED
FEB 13 1995
Michael N. Milby, Clerk of Court

## CERTIFICATE OF SERVICE

I hereby certify that on this 13th day of February, 1995, a true and correct copy of the stipulation of dismissal and agreed order of dismissal filed contemporaneously herewith have been served on counsel for the parties by certified mail, postage prepaid, and addressed as follows:

Mr. Robert S. Bennett
Bennett, Broocks, Baker & Lange, L.L.P.
1700 Niels Esperson Building
808 Travis Street
Houston, Texas 77002

Mr. Hal R. Gordon
Attorney at Law
1800 Bering, Suite 650
Houston, Texas 77057

_____
Attorney for Defendants

0204:2175
f:\js0204\mit135\stanley\200-cert.srv