IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| SANDRA STANLEY | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. H-94-3017 |
| | § | |
| THE WOODLANDS ATHLETIC CENTER, | § | (JURY DEMANDED) |
| THE WOODLANDS CORPORATION, | § | |
| MITCHELL DEVELOPMENT | § | |
| CORPORATION OF THE SOUTHWEST, | § | |
| AND JOHN BLACKBURN | § | |

#18

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
ENTERED

AUG 21 1995

Michael N. Milby, Clerk

ORDER

Pursuant to the Stipulation of Dismissal by Plaintiff Sandra Stanley and Defendant John Blackburn, any claim for relief either may have against the other in the above-entitled action may be dismissed, with prejudice; with each party to bear its own costs of court and attorney's fees.

SIGNED this **18** day of **Aug**, 1995.

_____
UNITED STATES DISTRICT JUDGE

APPROVED AS TO SUBSTANCE AND
FORM:

_____        _____
ROBERT S. BENNETT                       HAL R. GORDON
Attorney for Plaintiff                  Attorney for Defendant
Sandra Stanley                          John Blackburn